# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

AMERICAN ACADEMY OF PEDIATRICS
141 Northwest Point Boulevard
Elk Grove Village, IL 60007

MARYLAND CHAPTER – AMERICAN
ACADEMY OF PEDIATRICS
1211 Cathedral Street
Baltimore, MD 21201

AMERICAN CANCER SOCIETY CANCER
ACTION NETWORK
555 11th Street NW, Suite 300
Washington, D.C. 20004

AMERICAN HEART ASSOCIATION
7272 Greenville Avenue
Dallas, TX 75231

AMERICAN LUNG ASSOCIATION
55 W. Wacker Drive, Suite 1150
Chicago, IL 60601

CAMPAIGN FOR TOBACCO-FREE KIDS
1400 I Street NW, Suite 1200
Washington, D.C. 20005

TRUTH INITIATIVE
900 G Street NW, Fourth Floor
Washington, D.C. 20001

DR. LEAH BRASCH, MD
Montgomery County, MD

DR. CYNTHIA FISHMAN, MD
Montgomery County, MD

DR. LINDA GOLDSTEIN, MD
Washington, D.C.

DR. STEVEN HIRSCH, MD
Montgomery County, MD

Civil Action No. 8:18-cv-00883-PWG

DR. DAVID MYLES, MD
Montgomery County, MD

*Plaintiffs*,

v.

FOOD AND DRUG ADMINISTRATION
10903 New Hampshire Avenue
Silver Spring, MD 20993

SCOTT GOTTLIEB, in his official capacity as
Commissioner of Food and Drugs,
10903 New Hampshire Avenue
Silver Spring, MD 20993

U.S. DEPARTMENT OF HEALTH AND
HUMAN SERVICES
200 Independence Avenue SW
Washington, D.C. 20201
  and

ALEX M. AZAR II, in his official capacity as
Secretary of Health and Human Services,
200 Independence Avenue SW
Washington, D.C. 20201

*Defendants*.

**CORPORATE DISCLOSURE STATEMENT OF THE
AMERICAN HEART ASSOCIATION**

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 103.3, the undersigned counsel for the American Heart Association (AHA) certifies that AHA is a 501(c)(3) nonprofit corporation organized under the laws of the State of New York and has no parent corporation, and that no publicly held company owns 10% or more of its stock.  The undersigned counsel further certifies that to the best of its knowledge and belief, as to AHA's participation in this lawsuit, there is no corporation, unincorporated association, partnership, or other business entity, not a party to the case, that has a financial interest in the outcome of the litigation.

Dated: March 27, 2018

Respectfully submitted,

/s/ Kelly P. Dunbar
Kelly P. Dunbar (D. Md. Bar. No. 20338)
Lynn Eisenberg (D. Md. Bar. No. 20333)
Kevin M. Lamb (D. Md. Bar. No. 20344)
Beth C. Neitzel (D. Md. Bar. No. 19173)
WILMER CUTLER PICKERING HALE
  AND DORR LLP
1875 Pennsylvania Avenue NW
Washington, DC 20006
kelly.dunbar@wilmerhale.com
lynn.eisenberg@wilmerhale.com
kevin.lamb@wilmerhale.com
beth.neitzel@wilmerhale.com
(202) 663-6000

Javier M. Guzman (*pro hac vice* pending)
Jeffrey B. Dubner (*pro hac vice* pending)
DEMOCRACY FORWARD FOUNDATION
P.O. Box 34553
Washington, DC 20043
jguzman@democracyforward.org
jdubner@democracyforward.org
(202) 448-9090

Dennis A. Henigan (*pro hac vice* pending)
Mark E. Greenwold (*pro hac vice* to be filed)
CAMPAIGN FOR TOBACCO-FREE KIDS
1400 I Street NW, Suite 1200
Washington, DC 20005
dhenigan@tobaccofreekids.org
mgreenwold@tobaccofreekids.org
(202) 296-5469

*Counsel for Plaintiffs*