IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| AMERICAN ACADEMY OF PEDIATRICS, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> FOOD AND DRUG ADMINISTRATION, *et al.*, <br><br> Defendants. | Civ. Action No. 8:18-cv-883-PWG |

**PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

Plaintiffs move pursuant to Federal Rule of Civil Procedure 56 for the Court to grant summary judgment in their favor, to vacate the challenged "Guidance for Industry," issued by the Food and Drug Administration ("FDA") in August 2017, and to enter an order awarding appropriate equitable relief. As explained in the accompanying standard of review and memorandum, the Guidance is subject to vacatur for three independent reasons. First, the Guidance authorizes the continued marketing of newly deemed tobacco products such as e-cigarettes and cigars without the required FDA marketing order; it is therefore contrary to federal law requiring FDA to conduct premarket review of all new tobacco products. *See* 21 U.S.C. § 387j; 5 U.S.C. § 706; *see also* U.S. Const. art. II, § 3. Second, FDA issued the Guidance without giving the public prior notice and an opportunity to comment, in violation of the rulemaking requirements of the Administrative Procedure Act. *See* 5 U.S.C. §§ 553, 706. Finally, the Guidance is arbitrary and capricious because, among other reasons, FDA provided no meaningful contemporaneous justification of its decision to suspend premarket review and did not account for a major aspect of that decision—the costs to public health from unreviewed new tobacco products continuing to be marketed, particularly to children. *See id.* § 706.

Dated:  July 10, 2018

Respectfully submitted,

/s/ Kelly P. Dunbar
Kelly P. Dunbar (D. Md. Bar. No. 20338)
Lynn Eisenberg (D. Md. Bar. No. 20333)
Kevin M. Lamb (D. Md. Bar. No. 20344)
Alex Hemmer (D. Md. admission pending)
WILMER CUTLER PICKERING HALE
  AND DORR LLP
1875 Pennsylvania Avenue NW
Washington, D.C.  20006
kelly.dunbar@wilmerhale.com
lynn.eisenberg@wilmerhale.com
kevin.lamb@wilmerhale.com
alex.hemmer@wilmerhale.com
(202) 663-6000

Javier M. Guzman (*pro hac vice*)
Jeffrey B. Dubner (*pro hac vice*)
DEMOCRACY FORWARD FOUNDATION
P.O. Box 34553
Washington, D.C. 20043
jguzman@democracyforward.org
jdubner@democracyforward.org
(202) 448-9090

Dennis A. Henigan (*pro hac vice*)
Mark E. Greenwold (*pro hac vice* to be filed)
CAMPAIGN FOR TOBACCO-FREE KIDS
1400 I Street NW, Suite 1200
Washington, D.C. 20005
dhenigan@tobaccofreekids.org
mgreenwold@tobaccofreekids.org
(202) 296-5469

*Counsel for Plaintiffs*