**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

AMERICAN ACADEMY OF PEDIATRICS, *et al.*,

Plaintiffs,

v.

UNITED STATES FOOD AND DRUG ADMINISTRATION, *et al.*,

Defendants.

Civil Action No. 8:18-cv-883-PWG

**JOINT STATUS REPORT**

Pursuant to the Court's letter order of March 26, 2019, the parties respectfully submit this joint report concerning "the status of the proposed revision of the Guidance." ECF No. 62, at 3. In view of the Court's decision today granting Plaintiffs' motion to reconsider, reinstating the parties' dispositive motions, and granting summary judgment to Plaintiffs, ECF Nos. 73–74, the parties understand the Court's March 26 order denying their dispositive motions without prejudice and directing the filing of monthly status reports to have effectively been vacated. Accordingly, the parties will consider the status report requirement to have ended unless the Court directs otherwise.

Dated: May 15, 2019

Respectfully submitted,

/s/ *Jeffrey Dubner*
Javier M. Guzman (*pro hac vice*)
Jeffrey B. Dubner (*pro hac vice*)
DEMOCRACY FORWARD FOUNDATION
P.O. Box 34553
Washington, D.C. 20043
jguzman@democracyforward.org
jdubner@democracyforward.org

JOSEPH H. HUNT
Assistant Attorney General

/s/ *Eric Beckenhauer*
ERIC B. BECKENHAUER
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch

(202) 448-9090

Eve L. Hill (Fed. Bar No. 19938)
BROWN GOLDSTEIN & LEVY, LLP
120 East Baltimore Street, Suite 1700
Baltimore, Maryland 21202
T: (410) 962-1030
F: (410) 385-0869
ehill@browngold.com

Dennis A. Henigan (*pro hac vice*)
Mark E. Greenwold (*pro hac vice* to be filed)
CAMPAIGN FOR TOBACCO-FREE KIDS
1400 I Street NW, Suite 1200
Washington, D.C. 20005
dhenigan@tobaccofreekids.org
mgreenwold@tobaccofreekids.org
(202) 296-5469

*Counsel for Plaintiffs*

1100 L Street NW
Washington, DC 20005
(202) 514-3338
(202) 616-8470 (fax)
eric.beckenhauer@usdoj.gov

*Counsel for Defendants*