## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

AMERICAN ACADEMY OF PEDIATRICS, et al.,

        Plaintiffs,

v.

FOOD AND DRUG ADMINSTRATION, *et al.*,

        Defendants.

Civil Action No. 8:18-cv-883-PWG

## PROPOSED INTERVENOR TRADE ASSOCIATIONS
## NOTICE OF APPEAL

Notice is hereby given that proposed intervenor trade associations in the above-captioned case hereby appeal to the United States Court of Appeals for the Fourth Circuit from a Letter Order (Doc. 84), issued on May 31, 2019 and entered on June 3, 2019, denying proposed intervenors the opportunity to intervene as of right and/or permissive intervention.[1]

Dated July 30, 2019

---

[1] Proposed intervenor trade associations are as follows: American E-Liquid Manufacturing Standards Association; American Vaping Association; Arizona Smoke-Free Business Alliance; Indiana Smoke-Free Association; Iowans for Alternative to Smoking and Tobacco; Kentucky Smoke-Free Association; Maryland Vapor Alliance; New York State Vapor Association; Ohio Vapor Trade Association; Right to be Smoke-Free Coalition; Smoke-Free Alternatives Trade Association (SFATA); SFATA-California; SFATA-Connecticut; SFATA-Hawaii; SFATA-Louisiana; SFATA-Rhode Island; SFATA-Texas; SFATA-Wisconsin; Tennessee Smoke-Free Association; and Texas Vapor Coalition.

Respectfully submitted,


/s/ *Eric P. Gotting*
Eric P. Gotting (Bar ID #20278)
KELLER AND HECKMAN LLP
1001 G Street, N.W., Suite 500 West
Washington, D.C. 20001
Telephone (202) 434-4100
Facsimile (202) 434-4646
gotting@khlaw.com

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on July 30, 2019, I electronically filed the foregoing notice of appeal with the Clerk of the Court of the District of Maryland by using the CM/ECF system.  All parties and *amici* are registered CM/ECF users and will be served through the CM/ECF system.

/s/ *Eric P. Gotting*
Eric P. Gotting (Bar ID #20278)
