IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

AMERICAN ACADEMY OF
PEDIATRICS, *et al.*,

    Plaintiffs,

v.

UNITED STATES FOOD AND DRUG
ADMINISTRATION, *et al.*,

    Defendants.

Civil Action No. 8:18-cv-883-PWG

## [PROPOSED] ORDER

Upon consideration of Defendants' motion for clarification, it is hereby

**ORDERED** that the motion is **GRANTED**; and it is

**FURTHER ORDERED** that the remedial order entered by the Court on July 12, 2019, ECF No. 127, is **CLARIFIED** by adding the following paragraph:

"5. This order does not restrict the FDA's authority to enforce the premarket review provision against deemed products, or categories of deemed products, before the close of either the 10-month application submission period or the FDA application review period described above."

**SO ORDERED.**

Dated: 8/12/19

PAUL W. GRIMM
United States District Judge