IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
*Southern Division*

| | | |
|---|---|---|
| AMERICAN ACADEMY OF PEDIATRICS *et al.*, | * | |
| Plaintiffs, | * | |
| v. | * | Case No.: PWG-18-883 |
| FOOD AND DRUG ADMINISTRATION, *et al.* | * | |
| Defendants. | * | |

## JUDGMENT ORDER

Upon the request of the intervenor trade associations under Federal Rule of Civil Procedure 58(d) (*see* ECF No. 170), and for the reasons stated in its Memorandum Opinions and Orders issued on May 15, 2019 and July 12, 2019 (ECF Nos. 73, 74, 127) and clarification Order entered August 12, 2019 (ECF No. 132), this Court herein enters final judgment as follows:

1. Judgment is entered in favor of Plaintiffs against Defendants, all parties to bear their own costs;

2. As stated in its Memorandum Opinion and Order of July 12, 2019, ECF No. 127, this Court retains jurisdiction only to perform ministerial acts to ensure that, if the need arises, further action could be taken by the Court; and

3. This Order shall be deemed to be a final judgment within the meaning of Fed. R. Civ. P. 58.

Dated: November 5, 2019.

Paul W. Grimm
United States District Judge