IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

AMERICAN ACADEMY OF
PEDIATRICS, *et al.*,

        Plaintiffs,

v.

UNITED STATES FOOD AND DRUG
ADMINISTRATION, *et al.*,

        Defendants.

Civil Action No. 8:18-cv-883-PWG

## ORDER

Upon consideration of Defendants' motion under Federal Rule of Civil Procedure 60(b) for a 120-day extension of the premarket application deadline imposed by the Court's remedy order [ECF No. 127] in light of the global outbreak of respiratory illness caused by a new coronavirus, it is hereby **ORDERED** that

The motion is **GRANTED**; and it is further

**ORDERED** that paragraph 1 on page 12 of the remedy order is modified to read as follows:

"1. the FDA shall require that, for new tobacco products on the market as of the August 8, 2016 effective date of the Deeming Rule ("New Products"), applications for marketing orders must be filed by September 9, 2020;" and it is further

**ORDERED** that all other references in the remedy order to the "ten-month deadline for submissions" are modified to read the "September 9, 2020 deadline for submissions."

Dated: April 22, 2020

/S/
PAUL W. GRIMM
United States District Judge