

**U.S. Department of Justice**
Civil Division, Federal Programs Branch

Garrett Coyle garrett.coyle@usdoj.gov
Trial Attorney (202) 616-8016

April 29, 2022

Via ECF
Hon. Paul W. Grimm
U.S. District Court for the District of Maryland

Re:   *American Academy of Pediatrics v. FDA*, No. 8:18-cv-883-PWG

Dear Judge Grimm:

In accordance with the Court's letter order regarding the filing of motions (ECF No. 15), Defendants respectfully submit this letter describing their planned motion for a 14-day extension of time to file the first status report required by the revised remedial order (ECF No. 202). Plaintiffs consent to this requested extension.

The extension request is supported by good cause. Compiling the information needed for the status report has required considerable time and effort, and Defendants have been working with Plaintiffs to resolve any ambiguities about which applications will be covered in the status report. Also, a number of FDA employees helping to prepare the status report were out of the office on pre-planned leave last week, and a key FDA employee responsible for the status report will be out of the country on pre-planned leave next week.

Defendants do not seek to modify any other deadline, and the FDA's second status report would remain due July 28, 2022. Defendants are prepared to have this letter serve as their consent motion for a 14-day extension. We thank the Court for its attention.

Respectfully submitted,

BRIAN D. NETTER
Deputy Assistant Attorney General

ERIC B. BECKENHAUER
Assistant Director

 /s/ *Garrett Coyle*
GARRETT COYLE
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
(202) 616-8016
(202) 616-8470 (fax)
garrett.coyle@usdoj.gov

*Counsel for Defendants*